IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LONG, | No. C 04-01629 TEH |
| Plaintiff, | |
| v. | **ORDER** |
| BHAVIESH SHAH MD, | |
| Defendant. | |

The Court is in receipt of Defendants' Request for Modification of Pre-trial Briefing Schedule for Dispositive Motions.

The Court understands that Ms. Yu has been involved in a family emergency. The Attorney General's Office, however, has assigned another attorney to assist Ms. Yu. For reasons that are unclear, however, it assigned an attorney for this task who will be on vacation. The last date for filing dispositive motions is an important date, the extension of which can create problems for other pre-trial and trial dates   The Court is not persuaded that Defendants have demonstrated cause for extending this date, given the resources available to the Attorney General's Office.

Accordingly, it is HEREBY ORDERED that the Defendants' request is denied.

**IT IS SO ORDERED.**

Dated: 9/13/05

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE