UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LONG,

      Plaintiff,

    v.

BHAVIESH SHAH, *et al.*,

      Defendants.
_____/

No. C-04-1629 TEH (EMC)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

By letter dated September 29, 2005, Plaintiff JOSEPH LONG, through his counsel David L. Wallach of Jones Day, requested to be excused from personally appearing at the settlement conference scheduled for October 4, 2005, at 12:00 Noon.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that JOSEPH LONG be available by telephone from 12:00 Noon Pacific Time until further notice on October 4, 2005.

If the Court concludes that the absence of JOSEPH LONG is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including JOSEPH LONG.

IT IS SO ORDERED.

Dated: September 30, 2005

                                            EDWARD M. CHEN
                                            United States Magistrate Judge