UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LONG, | No. C-04-1629 TEH (EMC) |
| Plaintiff, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| BHAVIESH SHAH, *et al.*, | |
| Defendants. | |

You are hereby notified that a Further Settlement Conference is scheduled for **November 28, 2005, at 1:00 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦ **Brief, updated Further Settlement Conference statements shall be lodged with the Court by November 21, 2005. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

1  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
2  522-4050 if this case settles prior to the date set for Further Settlement Conference.

4  IT IS SO ORDERED.

6  Dated: October 4, 2005

   _____
   EDWARD M. CHEN
   United States Magistrate Judge