IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LONG,<br><br>    Plaintiff,<br><br>v.<br><br>BHAVIESH SHAH MD, et al.,<br><br>    Defendants. | No. C 04-01629 TEH<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

The Court is in receipt of Defendants' Motion for Summary Judgment. Having carefully reviewed the parties' written arguments and submissions, and the record herein, it is clear that Defendants have fallen far short of demonstrating that there is no triable issue of material fact and that they are entitled to judgment as a matter of law. Rather, the record is replete with genuine disputes of material fact with respect to whether the Defendants violated Plaintiff's Eighth Amendment rights.

Accordingly, and good cause appearing, it is HEREBY ORDERED that Defendants' motion for summary judgment is DENIED.

**IT IS SO ORDERED.**

Dated: 10/18/05

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE