UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LONG,

      Plaintiff,

  v.

BHAVIESH SHAH, *et al.*,

      Defendants.

No. C-04-1629 TEH (EMC)

**ORDER EXCUSING ATTENDANCE AT FURTHER SETTLEMENT CONFERENCE**

    By letter dated November 16, 2005, Plaintiff JOSEPH LONG, through his counsel David L. Wallach of Jones Day, requested to be excused from personally appearing at the further settlement conference scheduled for November 28, 2005, at 1:00 p.m.

    Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that JOSEPH LONG be available by telephone from 1:00 p.m. Pacific Time until further notice on November 28, 2005.

    If the Court concludes that the absence of JOSEPH LONG is impeding the further settlement conference, the Court may continue the further settlement conference and may order personal attendance by each party including JOSEPH LONG.

    IT IS SO ORDERED.

Dated: November 22, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge