**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LONG,                                     No. C 04-01629 TEH

        Plaintiff,

  v.                                            **ORDER**

BHAVIESH SHAH, M.D., et al.,

        Defendants.

_____/

      In the Joint Pretrial Statement, Plaintiff raises for the first time the contention that this case must proceed as a bench trial.   Defendants request the opportunity to brief the issue.  Accordingly, and good cause appearing, it is HEREBY ORDERED that Defendants shall file a response on this matter no later than Monday,  November 28, 2005 at  9:00 a.m.

      IT IS SO ORDERED.

      Dated: 11/22/05                       _____

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE