1  BILL LOCKYER
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  KAY K. YU (SBN 142479)
   Deputy Attorney General
4  HARRY T. (CHIP) GOWER, III (SBN 170784)
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone: (415) 703-1336
     Fax:  (415) 703-5480
7
8  Attorneys for Defendants Bhaviesh Shah, M.D.,
   Daniel Thor, M.D., Andrew Wong, M.D., and
9  Michael Songer, M.D.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | JOSEPH LONG | Case No. C-04 1629 THE |
14 | Plaintiff, | **STIPULATION OF DISMISSAL** |
15 | v. | |
16 | BHAVIESH SHAH, MICHAEL SONGER, ANDREW WONG, DANIEL FULLER | |
17 | AND DANIEL THOR, | |
18 | Defendants | |

19
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear his own costs and attorneys' fees. The parties waive their rights to seek recovery of any costs, fees or other expenses arising out of this litigation.

Dated: January 30, 2006

BILL LOCKYER
 Attorney General of the State of California
PAUL T. HAMMERNESS
 Supervising Deputy Attorney General
KAY YU
 Deputy Attorney General

HARRY T. GOWER, III
Deputy Attorney General

Attorneys for Defendants Bhaviesh Shah, M.D., Daniel Thor, M.D., Andrew Wong, M.D., and Michael Songer, M.D.

Dated: March 21, 2006

JONES DAY

CAROLINE N. MITCHELL
DAVID L. WALLACH

Attorneys for Plaintiff Joseph Long

40071461

IT IS SO ORDERED
Judge Thelton E. Henderson

07/25/06

*Long v. Shah, et al.*
Case No. C04-1629 TEH

Stipulation of Dismissal